CHARLES SARVIS, ET AL, *Respondents*, v. LAND RESOURCES, INC., *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 89-2-07539-1, Lester H. Stewart, J.

Pro Tem., entered March 11, 1992. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.